# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA CITY DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                            CASE NO. 3:15cv514/MCR/CJK

SAM J. PEARSON,

    Defendant.

_____/

## **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 20, 2016. ECF NO. 13. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's criminal case, Escambia County Circuit Court Case No. 2015-CF-004170, is hereby REMANDED to the state court from which it was removed.

3. The clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** this 22nd day of February, 2016.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**